## 19463. HALL *v.* HALL.

DUCKWORTH, Chief Justice. This case is controlled by *Blakemore* v. *Blakemore,* 212 *Ga.* 464 (93 S. E. 2d 718), since the only judgment assigned as error is one overruling a plea to the jurisdiction; and since no final judgment has been rendered, the writ of error is premature and it must be dismissed.

*Writ of error dismissed. All the Justices concur, except Wyatt, P. J., not participating.*

SUBMITTED SEPTEMBER 10, 1956—DECIDED OCTOBER 10, 1956.

*Frank G. Wilson, J. C. Miller, Jr.,* for plaintiff in error.

*Jas. D. Shannon,* contra.